IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM T. WULIGER, Receiver,

       Plaintiff,       Case No. 3:03 CV 963
    -vs-

               JUDGMENT   ENTRY
LARRY POYSER,

       Defendant.
KATZ, J.

  For the reasons stated in the Memorandum Opinion filed contemporaneously with this

entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that  Defendant's motion to set

aside the default judgment (Doc. No. 30) is denied.


              S/ *David A. Katz*
              DAVID A. KATZ
              SENIOR U. S. DISTRICT JUDGE